IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,

       Plaintiffs,

v.

THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; PELEUS INSURANCE COMPANY, a Virginia corporation; THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, a Delaware corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; CLEAR BLUE SPECIALTY INSURANCE COMPANY, a Texas corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; STARR SURPLUS LINES INSURANCE COMPANY, a Texas corporation; ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SWISS RE CORPORATE SOLUTIONS ELITE INSURANCE CORPORATION fka NORTH AMERICAN ELITE INSURANCE COMPANY, a New Hampshire corporation; EVEREST PREMIER INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; SELECTIVE INSURANCE COMPANY OF AMERICA, a New Jersey corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut

No. CIV 23-0700 JB/KK

corporation,

        Defendants.

## **ORDER**

Pursuant to the Stipulation to Dismiss Plaintiffs' Claims Against Defendant Travelers Property Casualty Company of America (ECF No. 1), filed on November 13, 2023 (ECF 42),

IT IS SO ORDERED that all of Plaintiffs' claims brought against Defendant Travelers Property Casualty Company of America, in the instant matter, Case No. 1:23-cv-00700-JB-KK, are hereby dismissed without prejudice pursuant to FRCP 41(a)(1) including Plaintiffs' claims for attorney's fees and costs incurred by Plaintiffs in the defense of the *Boettcher* Claim (as defined in Plaintiffs' Complaint) under policies issued to Custom Grading. Each party shall bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

*/s/ Sarah J. Odia*
For Plaintiffs Pulte Homes of New Mexico, Inc. and Pulte Development New Mexico, Inc.

Approved as to Form and Content:

*/s/ Paul Roche*
For Defendant The Cincinnati Insurance Company

<u>No opposition confirmed via email on 4/8/2024</u>
For Defendants Federated Mutual Insurance Company, Cincinnati Specialty Underwriters Insurance Company, Peleus Insurance Company, Knight Specialty Insurance Company, United Specialty Insurance Company, and Gemini Insurance Company

*/s/ Clarissa Reiman*
For Defendants Navigators Specialty Insurance Company and Sentinel Insurance Company, Ltd.

<u>No opposition confirmed via email on 4/8/2024</u>
For Defendant ACE American Insurance Company

*/s/ Ryan Schotter*
For Defendant Starr Surplus Lines Insurance Company

*/s/ Julia McFall*
For Defendant Selective Insurance Company of America

*/s/ Jennifer Noya*
For Defendant Travelers Property Casualty Company of America

*/s/ Benjamin Branson*
For Defendant Central Mutual Insurance Company

*/s/ Charles Vigil*
For Defendant Clear Blue Specialty Insurance Company

*/s/ Jim Johansen*
For Defendant Acuity, a Mutual Insurance Company

<u>No opposition confirmed via email on 4/8/2024</u>
For Defendant Everest Premier Insurance Company