Scott S. Thomas, Bar No. 21-275
sst@paynefears.com
Sarah J. Odia, Bar No. 21-279
sjo@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Phone (949) 851-1100
Fax (949) 851-1212

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; PELEUS INSURANCE COMPANY, a Virginia corporation; THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, a Delaware corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; CLEAR BLUE SPECIALTY INSURANCE COMPANY, a Texas corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; STARR SURPLUS LINES INSURANCE COMPANY, a Texas corporation; ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SWISS RE CORPORATE | CIVIL NO. 1:23-cv-00700-JB-KK<br><br>**VOLUNTARY DISMISSAL OF DEFENDANT AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS** |

| |
|---|
| SOLUTIONS ELITE INSURANCE CORPORATION fka NORTH AMERICAN ELITE INSURANCE COMPANY, a New Hampshire corporation; EVEREST PREMIER INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; SELECTIVE INSURANCE COMPANY OF AMERICA, a New Jersey corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Defendants. |

## VOLUNTARY DISMISSAL OF DEFENDANT AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS

Pursuant to F.R.C.P. 41(a), Plaintiffs Pulte Homes of New Mexico, Inc. and Pulte Development New Mexico, Inc., through counsel, hereby dismiss its claims against Defendant American Hallmark Insurance Company of Texas, as asserted in Plaintiffs' Complaint (Doc. 1), with prejudice, each party to bear its own fees and costs.

DATED:  October 25, 2024          PAYNE & FEARS LLP

                    By:   */s/ Sarah J. Odia*
                        SARAH J. ODIA
                        4 Park Plaza, Suite 1100
                        Irvine, California 92614
                        Phone (949) 851-1100
                        Fax (949) 851-1212
                        sjo@paynefears.com
                        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2024, a true and correct copy of **VOLUNTARY DISMISSAL OF DEFENDANT AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Jennifer Stephens*
Jennifer Stephens, an Employee of
PAYNE & FEARS LLP

4857-5774-4626.1