IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PULTE HOMES OF NEW MEXICO, INC., a Michigan corporation; PULTE DEVELOPMENT NEW MEXICO, INC., a Michigan corporation,

    Plaintiffs,

vs.                                                                                                                              No. CIV 23-0700 JB/KK

THE CINCINNATI INSURANCE COMPANY, an Ohio corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation; SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation; GUIDEONE NATIONAL INSURANCE COMPANY, an Iowa corporation; PELEUS INSURANCE COMPANY, a Virginia corporation; THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, a Delaware corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation; CLEAR BLUE SPECIALTY INSURANCE COMPANY, a Texas corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware corporation; STARR SURPLUS LINES INSURANCE COMPANY, a Texas corporation; ACUITY A MUTUAL INSURANCE COMPANY, a Wisconsin corporation; FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; SWISS RE CORPORATION SOLUTIONS ELITE INSURANCE CORPORATION fka NORTH AMERICAN ELITE INSURANCE COMPANY, a New Hampshire corporation; EVEREST PREMIER INSURANCE COMPANY, a Delaware corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; SELECTIVE INSURANCE COMPANY OF

AMERICA, a New Jersey corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

        Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) Voluntary Dismissal of Defendant Navigators Specialty Insurance Company, filed October 25, 2023 (Doc. 32)("Navigators Dismissal"); (ii) Voluntary Dismissal of Defendant Swiss Re Corporate Solutions Elite Insurance Corporation fka North American Elite Insurance Company Without Prejudice, filed November 16, 2023 (Doc. 59)("Swiss Dismissal"); (iii) Order Pursuant to the Stipulation to Dismiss Plaintiffs' Claims Against Defendant Travelers Property Casualty Company of America, filed April 9, 2024 (Doc. 84)("Travelers Order"); (iv) Voluntary Dismissal of Defendant Guideone National Insurance Company, filed February 27, 2025 (Doc. 127)("Guideone Dismissal"); (v) Order Pursuant to the Unopposed Motion to Dismiss Plaintiffs' Claims Against Defendants Acuity, a Mutual Insurance Company; Starr Surplus Lines Insurance Company; and United Specialty Insurance Company relating to Policy Nos. USA4000819, USA4000820, USA4080248, and USA4073431 issued to Chavez Lath & Plaster, Inc., filed March 3, 2025 (Doc. 128)("Acuity Order"); (vi) Order Pursuant to Joint Motion to Dismiss Plaintiffs' Claims Against Defendants The Cincinnati Insurance Company, United Specialty Insurance Company, Peleus Insurance Company, The Cincinnati Specialty Underwriters Company, ACE American Insurance Company, Central Mutual Insurance Company, Clear Blue Specialty Insurance Company, Knight Specialty Insurance Company, Federated Mutual Insurance Company, Navigators Specialty Insurance Company, Everest Premier Insurance Company, Gemini Insurance Company, and Selective Insurance Company of America, filed September 4, 2025 (Doc. 135)("Cincinnati Order"); and (vii) the Order Pursuant to the Joint

Motion to Dismiss Plaintiffs' Claims Against Defendant Sentinel Insurance Company, filed October 30, 2025 (Doc. 137)("Sentinel Order").  In the Navigators Dismissal Plaintiffs Pulte Homes of New Mexico, Inc. and Pulte Development New Mexico, Inc. (collectively "Pulte NM"), voluntarily dismiss their claims against Defendant Navigators Specialty Insurance Company without prejudice. See Navigators Dismissal at 2.  In the Swiss Dismissal, Pulte NM voluntarily dismiss their claims against Defendant Swiss Re Corporate Solutions Elite Insurance Corporation fka North American Elite Insurance Company without prejudice. See Swiss Dismissal at 2.  In the Travelers Order the Court dismisses without prejudice Pulte NM's claims against Defendant Travelers Property Casualty Company of America.  See Travelers Order at 2.  In the Guideone Dismissal, Pulte NM voluntarily dismiss their claims against Defendant Guideone National Insurance Company without prejudice. See Guideone Dismissal at 2.  In the Acuity Order, the Court dismisses with prejudice Pulte NM's claims against Defendants Acuity, a Mutual Insurance Company; Starr Surplus Lines Insurance Company; and United Specialty Insurance Company relating to Policy Nos. USA4000819, USA4000820, USA4080248, and USA4073431 issued to Chavez Lath & Plaster, Inc. See Acuity Order at 2.  In the Cincinnati Order the Court dismisses with prejudice Pulte NM's claims against Defendants The Cincinnati Insurance Company, United Specialty Insurance Company, Peleus Insurance Company, The Cincinnati Specialty Underwriters Company, ACE American Insurance Company, Central Mutual Insurance Company, Clear Blue Specialty Insurance Company, Knight Specialty Insurance Company, Federated Mutual Insurance Company, Navigators Specialty Insurance Company, Everest Premier Insurance Company, Gemini Insurance Company, and Selective Insurance Company of America. See Cincinnati Order at 2.  In the Sentinel Order the Court dismisses with prejudice Pulte NM's claims against Defendant Sentinel Insurance Company, Ltd.  See Sentinel Order at 2.  With no more claims, parties, or issues before

the Court, the Court, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, enters final judgment.

**IT IS ORDERED** that: (i) the Plaintiffs' claims against Defendants Acuity, a Mutual Insurance Company; Starr Surplus Lines Insurance Company; and United Specialty Insurance Company, The Cincinnati Insurance Company, United Specialty Insurance Company, Peleus Insurance Company, The Cincinnati Specialty Underwriters Company, ACE American Insurance Company, Central Mutual Insurance Company, Clear Blue Specialty Insurance Company, Knight Specialty Insurance Company, Federated Mutual Insurance Company, Navigators Specialty Insurance Company, Everest Premier Insurance Company, Gemini Insurance Company, Selective Insurance Company of America, and Sentinel Insurance Company, Ltd. are dismissed with prejudice; (ii) the Plaintiffs' claims against Defendants Swiss Re Corporate Solutions Elite Insurance Corporation fka North American Elite Insurance Company, Travelers Property Casualty Company of America, Guideone National Insurance Company are dismissed without prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Scott S. Thomas
Blake Dillion
Payne & Fears LLP
Irvine, California

--and--

Sarah J. Odia
Payne & Fears LLP
Las Vegas, Nevada

    *Attorneys for the Plaintiffs*

Paul G. Roche
Litchfield Cavo LLP
Avon, Connecticut

--and--

Vincent J. Velardo
Litchfield Cavo LLP
Salt Lake City, Utah

    *Attorneys for Defendant The Cincinnati Insurance Company*

Megan Elizabeth Ritenour
Freeman, Mathis & Gary, LLP
Scottsdale, Arizona

--and--

Gena LoPresto Sluga
Jeffrey O. Hutchins
Christian Ditcher & Sluga, PC
Phoenix, Arizona

    *Attorneys for Defendant United Specialty Insurance Company*

Megan Elizabeth Ritenour
Freeman, Mathis & Gary, LLP
Scottsdale, Arizona

    *Attorneys for Defendants Peleus Insurance Company, Knight Specialty Insurance Company, Cincinnati Specialty Underwrites Insurance Company, Federated Mutual Insurance Company, and Gemini Insurance Company*

Amanda Hough
Amy M. Samberg
Clyde & Co.
Phoenix, Arizona

    *Attorneys for Defendant ACE American Insurance Company*

William M. Demlong
The Cavanagh Law Firm, P.A.
Phoenix, Arizona

--and--

Benjamin J. Branson
Clark Hill PLC
Scottsdale, Arizona

    *Attorneys for Defendant Central Mutual Insurance Company*

Charles J. Vigil
Rodey Dickinson Sloan Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Clear Blue Specialty Insurance Company*

Emily Katherine Dotson
Resnick & Louis, P.C.
Scottsdale, Arizona

--and--

Ryan Schotter
Resnick & Louis, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Starr Surplus Lines Insurance Company*

James H. Johansen
Nicholas W. Chiado
Butt Thornton & Baehr, PC
Albuquerque, New Mexico

    *Attorneys for Defendant Acuity, A Mutual Insurance Co.*

Amy M. Samberg
Amanda Hough
Clyde & Co.
Phoenix, Arizona

--and--

Christoper S. Clemenson
Cozen O'Connor
Denver, Colorado

    *Attorneys for Defendant Everest Premier Insurance Company*

Douglas A. Baker
Julia E. McFall

Atkinson, Baker & Rodriguez, PC
Albuquerque, New Mexico

--and--

Alexandra E. DeBonte
Kennedys CMK LLP
Basking Ridge, New Jersey

--and--

Gary Scott Kull
Kennedys CMK LLP
Berkeley Heights, New Jersey

*Attorneys for Defendant Selective Insurance Company of America*

Jennifer A. Noya
Shannon N. Nairn
Modrall Sperling Roehl Harris & Sisk PA
Albuquerque, New Mexico

*Attorneys for Defendant Travelers Property Casualty Company of America*

John A. Klecan
Clarissa B. Reiman
Jones, Skelton & Hochuli, PLC
Phoenix, Arizona

*Attorneys for Defendants Sentinel Insurance Company, LTD and Navigators Specialty Insurance Company*